IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-CR-237-WKW |
| | ) | |
| WILLIAM BRIAN JAMES | ) | |

## **ORDER**

On October 5, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 40.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED:

(1) The Recommendation (Doc. # 40) is ADOPTED;

(2) Defendant's motion to dismiss (Doc. # 34) is GRANTED; and

(3) This case is DISMISSED.

DONE this 6th day of November, 2015.

                                                /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE